The People of the State of New York, Respondent, *v.* James J. Moran, Appellant.

Argued October 22, 1953; decided December 3, 1953.

*Joseph Leary Delaney* and *Lee Feltman* for appellant.

*Frank S. Hogan, District Attorney* (*Richard G. Denzer* and *Stuart G. Schwartz* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.